FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 1 5 2015

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 2:15-CR-____ |
| | § | Judge Gilstrap |
| THEODORE GEORGE JONES | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

Violation: 18 U.S.C. § 472
[Possession of Counterfeited
Obligations of the United States]

On or about March 29, 2015, in Harrison County, in the Eastern District of Texas, defendant **Theodore George Jones**, with intent to defraud, did keep in his possession falsely made, forged, altered, and counterfeited obligations of the United States; that is, Federal Reserve Notes in the denomination of ten dollars ($10), which he then knew to be falsely made, forged, altered, and counterfeited.

All in violation of 18 U.S.C. § 472.

## COUNT 2

Violation: 18 U.S.C. § 472<br>[Possession of Counterfeited<br>Obligations of the United States]

On or about April 15, 2015, in Harrison County, in the Eastern District of Texas, defendant **Theodore George Jones**, with intent to defraud, did keep in his possession falsely made, forged, altered, and counterfeited obligations of the United States; that is, Federal Reserve Notes in the denominations of ten dollars ($10) and twenty dollars ($20), which he then knew to be falsely made, forged, altered, and counterfeited.

All in violation of 18 U.S.C. § 472.

## COUNT 3

<u>Violation</u>:  26 U.S.C. § 5861(d)
[Possession of Unregistered Firearm]

On or about April 22, 2015, in Harrison County, in the Eastern District of Texas, the defendant, **Theodore George Jones**, knowingly possessed a firearm, to-wit, a Mossberg, unknown "Revelation" model, 12-gauge shotgun, serial number G56432, having a barrel length of less than 18 inches, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## COUNT 4

<u>Violation</u>: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)
[Felon in possession of a firearm]

On or about April 22, 2015, in Harrison County, in the Eastern District of Texas, **Theodore George Jones,** defendant herein, having been convicted of an offense punishable by a term of imprisonment exceeding one year, specifically:

Possession of a controlled substance in the 71st Judicial District Court, Harrison County, Texas, Case No. 05-0066X, on April 20, 2006, and

Possession of a controlled substance in the 188th Judicial District Court, Gregg County, Texas, Case No. 36,758-A, on July 24, 2008.

did knowingly and intentionally possess a firearm, to wit:

- Marlin, model 60, .22 caliber rifle, serial number MM28041H;
- Mossberg, model 500, 12-gauge shotgun, serial number R055940;
- Savage Arms, Stevens model 62, .22 caliber rifle, serial number 0032848;
- Harrington & Richardson, model Topper, 20-gauge shotgun, serial number BA605653;
- Harrington & Richardson, model Topper, .410 caliber shotgun, serial number BB419191;
- Harrington & Richardson, unknown "Ranger" model, 12-gauge shotgun, serial number A11122;
- Hi Point, model C, 9mm pistol, serial number 005930;
- Jimenez, model J Nine, 9mm pistol, serial number 203488.

which had been shipped and transported in interstate commerce,

All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. §§ 924(d)(1) and 982(a)(2)(B),
26 U.S.C. § 5872, and 28 U.S.C. § 2461

As the result of committing one or more of the foregoing offenses alleged in this indictment, the defendant shall forfeit to the United States:

1. any property constituting, or derived from, and proceeds the defendants obtained, directly or indirectly, as the result of such violation(s); and

2. any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including, but not limited to the following:

**PERSONAL PROPERTY:**
- Cell phone speaker, serial number 3L2PT54653, purchased from Wal-Mart;
- One pair of Nike Air Jordan shoes purchased from Sideline Shoes.

**FIREARMS**:
All firearms, ammunition, and accessories subject to forfeiture based on the aforementioned statutes, including, but not limited to, the following:

- Mossberg, unknown "Revelation" model, 12-gauge shotgun, serial number G56432;
- Marlin, model 60, .22 caliber rifle, serial number MM28041H;
- Mossberg, model 500, 12-gauge shotgun, serial number R055940;
- Savage Arms, Stevens model 62, .22 caliber rifle, serial number 0032848;
- Harrington & Richardson, model Topper, 20-gauge shotgun, serial number BA605653;
- Harrington & Richardson, model Topper, .410 caliber shotgun, serial number BB419191;
- Harrington & Richardson, unknown "Ranger" model, 12-gauge shotgun, serial number A11122;
- Hi Point, model C, 9mm pistol, serial number 005930;
- Jimenez, model J Nine, 9mm pistol, serial number 203488;
- 2 rounds of Winchester 12-gauge ammunition;
- 1 round of Winchester 20-gauge ammunition;
- 9 rounds of assorted 9mm ammunition;
- 54 rounds of Winchester .22 caliber ammunition;
- 10 rounds of 20-gauge ammunition;
- 1 spent 12-gauge cartridge.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. §§ 924(d)(1) and 982(a)(2)(B), 26 U.S.C. § 5872, and 28 U.S.C. § 2461.

A TRUE BILL

_____7-15-2015_____                                         _____Bk_____
Date:                                                            GRAND JURY FOREPERSON


JOHN M. BALES
UNITED STATES ATTORNEY

_____
L. Frank Coan, Jr.
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 2:15-CR-____ Judge Gilstrap |
| THEODORE GEORGE JONES | § § | |

## NOTICE OF PENALTY

### COUNTS 1-2

VIOLATION:             18 U.S.C. § 472

Imprisonment for not more than 20 years; a fine of not more than $250,000; a term of supervised release of not more than 3 years.

SPECIAL ASSESSMENT:    $100.00

### COUNT 3

VIOLATION:             26 U.S.C. §§ 5861(d) and 5871

Imprisonment for not more than 10 years; a fine of not more than $10,000; a term of supervised release of not more than 3 years.

SPECIAL ASSESSMENT:    $100.00

### COUNT 4

VIOLATION:             18 U.S.C. §§ 922(g) and 924(a)(2)

Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000, or both. A term of supervised release of not more than 3 years.

SPECIAL ASSESSMENT:    $100.00