# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 2:15-CR-5-1- JRG-RSP |
| | § | |
| THEODORE GEORGE JONES | § | |

## REPORT AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

On October 6, 2022, the undersigned held a final hearing on the Government's petition (#47) to revoke supervised release. The Government was represented by Assistant United States Attorney Jim Nobles. The Defendant, Theodore George Jones, was represented by Jason Cassel.

Theodore George Jones was sentenced on March 28, 2016 before The Honorable Rodney Gilstrap of the Eastern District of Texas, Marshall Division, after pleading guilty to the offense of Unlawful Transport of Firearms, Etc. (Felon in Possession of a Firearm), a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years. The guideline imprisonment range, based on a total offense level of 21 and criminal history category of IV, was 57 to 71 months. Theodore George Jones was subsequently sentenced to 60 months imprisonment as to Count 4, this is to be followed by a 3-year term of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure. On September 4, 2019, Theodore George Jones completed his period of imprisonment and began service of the supervised term.

On June 4, 2021, this petition to revoke was filed. In its petition, the Government alleges the Defendant violated the following conditions:

1) <u>Mandatory</u>: The Defendant shall not commit another federal, state, or local crime. Specifically, the Government alleges as follows:  On February 25, 2021, Theodore George Jones was convicted in the 71st District Court of Harrison County, Texas on case# 21-0043X, Possession of a Controlled Substance Penalty Group One Not Less Than One Gram But Not More Than 4 Grams, a 3rd Degree Felony.  He was sentenced to 4 years imprisonment in the Texas Department of Criminal Justice.  This sentence is to run concurrent with case# 2021-0040.  On February 25, 2021, Theodore George Jones was convicted in the Harrison County, Texas Court at Law #1 on case# 2021-0040, Assault Causes Bodily Injury Family Violence, a Class A Misdemeanor.  He was sentenced to 270 days, county jail, to run concurrent with case #21-0043X.

2) <u>Standard</u>:  The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.  Specifically, the Government alleges as follows:  On November 13, 2020, Theodore George Jones failed to report to the Tyler Supervision Office as instructed.

3) <u>Standard</u>:  The Defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons.  Specifically, the Government alleges as follows:  Theodore George Jones has failed to work regularly at a lawful occupation since August 2020.

4) <u>Standard</u>:  The Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.  Specifically, the Government alleges as follows: On February 3, 2020, Theodore George Jones submitted a urine specimen that tested positive for marijuana, cocaine, amphetamine, and methamphetamines.

The Court scheduled a revocation hearing for October 6, 2022. At the hearing on the Government's petition, and after consenting to the undersigned taking the plea, the Defendant pled true to allegation #1 as set forth above. Based on the Defendant's plea of true to the allegation, and with no objection by the Defendant or the Government, the undersigned found that the Defendant did violate conditions of his supervised release, as alleged in the U.S. Probation Office's petition.

The undersigned thereafter recommended that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served to run concurrent with the sentencing imposed by Chief Judge Rodney Gilstrap in Case No. 2:21cr16, with no supervised release to follow such term of imprisonment. Based on the foregoing, it is

**RECOMMENDED** that the Defendant's plea of true to allegation #1, as set forth in the Government's petition, be **ACCEPTED**. Based upon the Defendant's plea of true to the allegation, it is further recommended that the Court find that the Defendant violated the conditions of his supervised release. It is further

**RECOMMENDED** that the Defendant's supervised release be **REVOKED**. It is further **RECOMMENDED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served to run concurrent with the sentencing imposed by Chief Judge Rodney Gilstrap in Case No. 2:21cr16, with no supervised release to follow such term of imprisonment.

At the close of the October 6, 2022 revocation hearing, Defendant, defense counsel, and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in this report, consenting to revocation of supervised release as recommended herein and to the imposition of the above sentence.

Defendant also waived his right to be present and speak before the District Judge imposes the recommended sentence. Therefore, the Court may act on the findings and recommendation immediately.

**SIGNED this 6th day of October, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE